UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN – MILWAUKEE DIVISION

| | |
|---|---|
| ROBYN MEATHENEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ART'S PERFORMING CENTER, LLC dba SILK EXOTIC ON WATER, a Wisconsin Limited Liability Corporation; DOWNTOWN JUNEAU INVESTMENTS, LLC dba SILK EXOTIC ON WATER, a Wisconsin Limited Liability Corporation; SCOTT KRAHN, an individual; LYLE MESSINGER, an individual, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 2:21-cv-00683-PP<br><br>**COLLECTIVE ACTION** |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO DISMISS DEFENDANTS' RETALIATORY COUNTERCLAIMS**

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on a date and time set by the Court, before the Honorable Pamela Pepper, Chief United States District Judge for the Western District of Wisconsin, located at 517 East Wisconsin Avenue, Milwaukee, WI 53202, plaintiffs Robyn Meatheney and Lanikiquia Taylor (collectively, "Plaintiffs"), by and through undersigned counsel, will, and hereby do respectfully move, this Court for an order dismissing defendants Scott Krahn and Lyle Messinger's ("Messinger") (collectively, "Defendants") Counterclaims pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

This motion is based upon Rules 12(b)(1) and 12(b)(6), this notice of motion and motion, the brief in support submitted herewith, the Complaint on file in this action, the record in this case, and any other evidence and argument that may be adduced at hearing.

Dated: May 6, 2022

Respectfully submitted,

/s/ John P. Kristensen
John P. Kristensen
California Bar No. 224132
**Carpenter & Zuckerman**
8827 W. Olympic Boulevard
Beverly Hills, CA 90211
Telephone: (310) 273-1230
*kristensen@cz.law*

Jay Urban
Wisconsin Bar No. 1018098
**Urban & Taylor S.C.**
Urban Taylor Law Building
4701 N. Port Washington Rd.
Milwaukee, Wisconsin 53212
Telephone: 414-906-1700
*jurban@wisconsininjury.com*

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

      I certify that on Friday, May 06, 2022, the foregoing document titled **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO DISMISS DEFENDANTS' RETALIATORY COUNTERCLAIMS** was served via CM/ECF upon the following parties pursuant to Fed. R. Civ. P. 5:

| | |
|---|---|
| Jeff Scott Olson<br>**JEFF SCOTT OLSON LAW FIRM SC**<br>131 W Wilson Street, Suite 1200<br>Madison, Wisconsin 53703<br>Email: jsolson@scofflaww.com<br><br>*Counsel for Defendants* | Jay A. Urban<br>**URBAN & TAYLOR SC**<br>4701 N Port Washington Rd - Ste 400<br>Milwaukee, WI 53212-1040<br>Email: jurban@wisconsininjury.com<br><br>*Co-counsel for Plaintiffs* |

                                                    */s/ John P. Kristensen*
                                                    John P. Kristensen